

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| **Plaintiff,** | JUDGE |
| **vs.** | **INDICTMENT** |
| **JHARON DECARLOS DIXON,** | 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |
| **Defendant.** | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1.      On or about December 20, 2023, in the Southern District of Ohio, the defendant, **JHARON DECARLOS DIXON**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Smith & Wesson, model M&P 40c, .40 caliber pistol, bearing serial number DUF4594, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT TWO
### (Felon in Possession of Ammunition)

2.      On or about December 20, 2023, in the Southern District of Ohio, the defendant, **JHARON DECARLOS DIXON**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, to wit: 14 rounds of live .40 caliber Winchester-Western ammunition, said ammunition having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

3.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4.      Upon conviction of any offense alleged in this Indictment, the defendant, **JHARON DECARLOS DIXON**, shall forfeit to the United States the firearm and ammunition involved in or used in such offense, including, but not limited to:

- One Smith & Wesson, model M&P 40c, .40 caliber pistol, bearing serial number DUF4594; and

- All associated ammunition and accessories.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL**

*s/ Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*Elena V. Tuhy-Walters*
**ELENA V. TUHY-WALTERS (0065443)**
**Special Assistant United States Attorney**

2